# **EXHIBIT "A"**

SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
By: Stuart A. Tucker, Esq., NJAID# 047561991
A Professional Corporation
Quakerbridge Executive Center
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
T: 609-275-0400, F: 609-275-4511
Attorneys for Plaintiff, Sophia Caver

| | |
|---|---|
| SOPHIA CAVER<br><br>Plaintiff,<br><br>vs.<br><br>ROSS STORES, INC. d/b/a DD'S DISCOUNTS, et al,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – MERCER COUNTY<br><br>DOCKET NO: MER-L-1472-21<br><br>Civil Action<br><br>**SUMMONS** |

## THE STATE OF NEW JERSEY TO THE ABOVE NAMED DEFENDANTS

### ROSS STORES, INC. d/b/a DD'S DISCOUNTS

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it.  (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.  A list of each deputy clerk of the Superior Court is also provided).  If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, PO Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey, and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed.  You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above.  A telephone call will not protect your

1

rights; you must file and serve a written answer or motion (with fee of $175 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and cost of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Service office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf. A list of these numbers is also provided.

Dated: **July 16, 2021**

S/ MICHELLE M. SMITH
MICHELLE M. SMITH, CLERK, SUP.CT.

Name of Defendant to be served:     **Ross Stores, Inc. d/b/a DD's Discounts**
Address for Service:                **c/o Registered Agent**
                                    **The Corporation Trust Company**
                                    **820 Bear Tavern Road**
                                    **West Trenton, NJ 08628**

# Lawyer Referral Services

Following is a listing of county bar associations that offer lawyer referral services. Locate your county of residence and contact the appropriate service. Do not contact referral services that are outside of your local county.

**Atlantic County Bar Association**
1201 Bacharach Boulevard
Atlantic City, NJ 08401
609-345-3444
tamara.lamb@atcobar.org
www.atcobar.org
Tamara Lamb, Executive Director

**Bergen County Bar Association**
15 Bergen Street
Hackensack, NJ 07601
201-488-0044
www.bergenbar.org
Frank O'Marra Jr., Executive Director

**Burlington County Bar Association**
137 High Street, 3rd Floor
Mount Holly, NJ 08060
609-261-4862 or 609-261-4863
bcba@burlcobar.org
www.burlcobar.org
Kara E. Edens, Executive Director

**Camden County Bar Association**
1040 North Kings Highway, Suite 201
Cherry Hill, NJ 08034
856-482-0618
www.camdencountybar.org
Laurence B. Pelletier, Executive Director

**Cape May County Bar Association**
9 North Main Street
Cape May Courthouse, NJ 08210
609-463-0313
cmcba.ed@gmail.com
Pamela M. Kaithern, Executive Director

**Cumberland County Bar Association**
PO Box 2374
Vineland, NJ 08362
856-696-5550
ccba@ccnjbar.org
www.ccnjbar.org
Carol Walker, Executive Director

**Essex County Bar Association**
470 Martin Luther King Jr. Boulevard
Newark, NJ 07102
973-622-6204
info@essexbar.com
www.essexbar.com
Wendy E. Deer, Executive Director

**Gloucester County Bar Association**
PO Box 338
Woodbury, NJ 08096
856-848-4589
baroffice@gcbanj.org
www.gcbanj.org
Lynn Silverstein, Executive Director

**Hudson County Bar Association**
583 Newark Avenue
Jersey City, NJ 07306
201-798-4708
www.hcbalaw.com
Lisa Burke, Executive Director

**Hunterdon County Bar Association**
PO Box 573
Annandale, NJ 08801
908-200-7822
hcba@comcast.net
www.huntcolaw.org
Lyn Brokaw, Executive Director

**Mercer County Bar Association**
1245 White Horse Mercerville Road, Suite 420
Mercerville, NJ 08619
609-585-6200
siraca@mercerbar.com
www.mercerbar.com
Samantha Iraca, Executive Director

**Middlesex County Bar Association**
87 Bayard Street
New Brunswick, NJ 08901
732-828-0053 ext. 100
admin@mcbalaw.com
www.mcbalaw.com
Jonathan P. Cowles, Executive Director

**Monmouth Bar Association**
Monmouth County Court House
Freehold, NJ 07728
732-431-5544
tmaciewicz.monmouthbar@verizon.net
www.monmouthbarassociation.com
Tracy A. Settipane, Executive Director

**Morris County Bar Association**
245 South Street
Morristown, NJ 07960
973-267-6089
yperez@morriscountybar.com
www.morriscountybar.com
Nancy M. Bangiola, Executive Director

**Ocean County Bar Association**
PO Box 381
Toms River, NJ 08754
732-240-3666
karin@oceancountyba.com
www.oceancountybar.org
Karin Poola, Executive Director

**Passaic County Bar Association**
401 Grand Street, 3rd Floor
Paterson, NJ 07505
973-345-4585
www.passaicbar.org
Karen A. Corsi, Executive Director

**Salem County Bar Association**
856-935-5629
contact@salemcountybar.org
www.salemcountybar.org

**Somerset County Bar Association**
20 North Bridge Street HCH 325
Somerville, NJ 08876
908-685-2323
director@somersetbar.com
www.somersetbar.com
Elvia Viera, Executive Director

**Sussex County Bar Association**
61 Spring Street, 4th Floor
Newton, NJ 07860
973-383-3900
info@SussexCtyBarAssoc.com
www.sussexcountybar.com

**Union County Bar Association**
2 Broad Street 1st Floor
Elizabeth, NJ 07207
908-353-4715
www.uclaw.com
Jeffrey M. Clar, Executive Director

**Warren County Bar Association**
413 Second Street
Belvidere, NJ 07823
908-387-1835
info@warrencountybar.org
www.warrencountybar.org
Courtney Donah, Executive Director

## LEGAL AID AND LEGAL SERVICES

### STATEWIDE

**American Civil Liberties Union of N.J. (ACLU-NJ)**
P.O. Box 32159, Newark 07102
(973) 642-2084; Fax: (973) 642-6253
intake@aclu-nj.org; www.aclu-nj.org
Exec. Dir.: Amol Sinha
Legal Dir.: Jeanne LoCicero

**Community Health Law Project**
Administrative Office
185 Valley St., South Orange 07079
(973) 275-1175; Fax: (973) 275-5210; TTY: (973) 275-1721 chlpinfo@chlp.org;
www.chlp.org
President/Exec. Dir.: Harold Garwin

**Disability Rights New Jersey (DRNJ)**
210 S. Broad St., 3rd Floor, Trenton 08608
(609) 292-9742; Toll-free (in-state only): (800) 922-7233;
TTY: (609) 633-7106; Fax: (609) 777-0187
advocate@drnj.org;www.drnj.org
Exec. Dir.: Gwen Orlowski
Legal Dir.: Susan Saidel
*Legal Advocacy for People with Disabilities*
*Formerly New Jersey Protection and Advocacy, Inc.*

**Education Law Center**
60 Park Pl., Suite 300, Newark 07102
(973) 624-1815; TTY: (973) 624-4618; Fax: (973) 624-7339
elc@edlawcenter.org; www.edlawcenter.org
Exec. Dir.: David Sciarra; dsciarra@edlawcenter.org
Managing Dir.: Theresa Luhm; tluhm@edlawcenter.org
Senior Atty.: Elizabeth Athos; eathos@edlawcenter.org
Atty.: Jessica Levin; jlevin@edlawcenter.org
Dir. of Secondary Reform: Stan Karp; skarp@edlawcenter.org
Policy & Outreach Dir.: Sharon Krengel; skrengel@edlawcenter.org
Intake Coordinator: Aimee Roche; aroche@edlawcenter.org
Research Dir.: Danielle Farrie; dfarrie@edlawcenter.org
Receptionist: Diane Gayoso; dgayoso@edlawcenter.org
*Education matters*

**Legal Services of New Jersey, Inc.**
100 Metroplex Dr. at Plainfield Ave., Suite 402,
P.O. Box 1357, Edison 08818-1357
(732) 572-9100; Fax: (732) 572-0066 lsnj@lsnj.org; www.lsnj.org
President and General Counsel: Melville D. Miller, Jr.
Exec. V.P. and Asst. General Counsel: Dawn K. Miller
Sr. V.P.: Claudine M. Langrin

**N.J. Department of the Treasury**
Division of Administration
Special Administrative Services, 50 W. State St.,
P.O. Box 211, Trenton 08625-0211 (609) 292-6262

**National Legal Aid & Defender Assn. (NLADA)**
Washington Office
1901 Pennsylvania Ave., Suite 500, Washington, DC 20036
(202) 452-0620; Fax: (202) 872-1031
info@nlada.org; www.nlada.org
President/C.E.O.: Jo-Ann Wallace; j.wallace@nlada.org
*Civil and Defender Law*

**New Jersey Protection and Advocacy, Inc.**
*See Disability Rights New Jersey (DRNJ)*

**Pro Bono Partnership**
300 Lanidex Plz., Suite 3203, Parsippany 07054
(973) 240-6955; Fax: (973) 240-6966
www.probonopartner.org
Exec. Dir.: Nancy C. Eberhardt
Program Dir.: Christine Michelle Duffy
Senior Staff Atty.: Kent E. Hansen
khansen@probonopartner.org
Staff Atty.: Alexandra E. Kilduff
*A legal services provider and resource center that matches volunteer attorneys with nonprofit organizations requesting legal assistance.*
*Also serves New York and Connecticut*

### ATLANTIC COUNTY

**Community Health Law Project**
    Atlantic, Camden, Cape May, Cumberland, Gloucester & Salem Counties
*See Camden County*

**South Jersey Legal Services Inc.**
1300 Atlantic Ave., Mezzanine Floor, Atlantic City 08401
(609) 348-4200, Ext. 6350; Fax: (609) 345-6919
Managing Atty.: James M. McClain, Ext. 6311; jmcclain@lsnj.org
Senior Atty.: Mitchell Moskovitz (Consumer Law)
Ext. 6318; mmoskovitz@lsnj.org
Staff Attys.:
    Benjamin Fidalgo, Ext. 6272; bfidalgo@lsnj.org
    Alexander Hersonski, Ext. 6326; ahersonski@lsnj.org
    Sheila Hughes, Ext.6313; shughes@lsnn.org
    Katelyn E. McKenzie, Ext. 6329; kmckenzie@lsnj.org
*Poverty Law*

### BERGEN COUNTY

**Bergen County Community Mental Health Law Project**
One Bergen County Plz., 4th Floor, Hackensack 07601
(201) 634-2762, 61; Fax: (201) 336-6089
Project Dir.: Melissa H. DeBartolo
Staff Attys.: Kelly A. Durkin; Marianne B. Ortega
*Mental Health, Social Security Disability, Family Law, Housing Advocacy and Other Entitlements*

**Northeast New Jersey Legal Services**
Bergen County Division
190 Moore St., 1st Floor, Hackensack 07601
(201) 487-2166; Fax: (201) 487-3513
nnjls@lsnj.org
Exec. Dir.: John H. Fitzgerald; jfitzgerald@lsnj.org
*Civil*

### BURLINGTON COUNTY

**Community Health Law Project - Mercer & Burlington Counties**
*See Mercer County*

**South Jersey Legal Services, Inc.**
107 High St., Mount Holly 08060
(609) 261-1088; Fax: (609) 267-7812
Managing Atty,: Maria Born, Ext.6726; mborn@lsnj.org
Staff Attys.
R. Adam Bethke; rbethke@lsnj.org
Fana Wray Hopkins, Ext. 6433; fwrayhopkins@lsnj.org
Thomas LaMaina, Ext. 6725; tlamaina@lsnj.org
Christopher Vanette, Ext. 6722; cvanette@lsnj.org

### CAMDEN COUNTY

**Community Health Law Project**
Atlantic, Camden, Cape May, Cumberland, Gloucester & Salem Counties
Station House Office Bldg., Suite 400, 900 Haddon Ave., Collingswood 08108
(856) 858-9500; Fax: (856) 858-9545; TTY: (856) 858-9500
collingswood@chlp.org
Managing Atty.: Brian G. Smith
Also serves counties of Atlantic, Cape May, Cumberland, Gloucester, Salem
*Civil legal services for indigent disabled.*

**South Jersey Legal Services, Inc.**
Administrative Offices
745 Market St., 2nd Floor, Camden 08102
(856) 964-2010; Fax: (856) 964-0228; TDD (856) 964-1204
Sjls.camden@lsnj.org
Exec. Dir.: Douglas E. Gershuny, Ext. 6209; dgersuny@lsnj.org
Deputy Dir.: Ann M. Gorman, Ext. 6258; agorman@lsnj.org
Dir. Of Pro Bono Service: Michelle T. Nuciglio, Ext. 6229; mnuciglio@lsnj.org
Dir. Of Litigation & Advocacy: Kenneth M. Goldman, Ext. 6330;
kgoldman@lsnj.org
*Family Public Entitlements, Community 0228, Economic Development, Elder Law, Housing, Community Legal Education & Consumer Law*

Continued on next page

*South Jersey Legal Services, Inc. – Continued*
**Centralized Intake Unit**
745 Market St., Camden 08102
(856) 964-9400; Fax (856) 964-9415; Client Intake: (800) 496-4570
Managing Atty.: Richard Chiumento, Ext. 6831; rchiumento@lsnj.org
**Camden County Neighborhood Office**
745 Market St., Camden 08102
(856) 964-2010; Fax: (856) 338-9227
Managing Attys:
John Pendergast, Ext. 6208; jppendergast@lsnj.org
Olga Pomar (Housing Preservation & Community Development Coordinator)
Ext. 6232; opomar@lsnj.org
Senior Atty.: Sonia Bell (Housing), Ext. 6270 - sbell@lsnj.org
Staff Attys.:
Jakai Jackson; jjackson@lsnj.org
Alan Lesso, Ext. 6236; alesso@lsnj.org
Nessa Limbers, Ext. 6443; nlimbers@lsnj.org
Sandra Passaro, Ext. 6268; spassaro@lsnj.org
Abigail Sullivan, Ext. 6221; asullivan@lsnj.org
**Senior Citizens Advocate Center**
745 Market St., Camden 08102-1117
(856) 964-2010; Fax: (856) 338-9227; TDD: (856) 964-1204
Atty.: Lynda Yamamoto, Ext. 6227; lyamamoto@lsnj.org

## CAPE MAY COUNTY
**Community Health Law Project**
Atlantic, Camden, Cape May, Cumberland, Gloucester & Salem Counties
*See Camden County*
**South Jersey Legal Services, Inc.**
1261 Route 9, P.O. Box 785, Cape May Court House 08210
(609) 465-3001; Fax: (609) 465-9018
Managing Atty.: Elizabeth Cunningham, Ext. 6613; ecunningham@lsnj.org
Staff Attys.:
Michelle Altenpohl, Ext. 6619; maltenpohl@lsnj.org
Kathleen Carson Smith; kcarson@lsnj.org
*Poverty Law*

## CUMBERLAND COUNTY
**Community Health Law Project**
Atlantic, Camden, Cape May, Cumberland, Gloucester & Salem Counties
*See Camden County*
**South Jersey Legal Services, Inc.**
415 W. Landis Ave., 2nd Floor, Vineland 08360
(856) 691-0494; Fax: (856) 691-5072
Managing Atty: Ashley Courtney, Ext. 6437, acourtney@lsnj.org
Staff Attys.:
Harry Chung; hchung@lsnj.org
John Corcoran; jcorcoran@lsnj.org
Jennifer R. Perex, Ext. 6429; jperez@lsnj.org
Lindsey Procida, Ext. 6433; lprocida@lsnj.org
Also serves counties of Salem
*Workers' rights (Statewide)*

## ESSEX COUNTY
Community Health Law Project
Essex & Passaic Counties
650 Bloomfield Ave. Suite 210, Bloomfield 07003
(973) 680-5599; Fax: (973) 680-1488; TTY: (973) 680-1116
Managing Atty.: Alma Yee
Also serves county of Passaic
**Essex County Legal Aid Association**
Hall of Records, Room 118,
465 Dr. Martin Luther King Jr. Blvd. , Newark 07102
(973) 622-0063; Fax: (973) 622-2699
www.eclaan.org
Exec. Dir.: Yvette Gibbons
Supervising Atty.: Ingrid Enriquez
Attys.:
Debra Cannella
Gladys Moriarty
Client Services Specialist: Marie Roque
Fund Raising/Development Dir.: Robert M. Adler (908) 672-0738
*Civil; Landlord/Tenant, Family Consumer*

**Essex-Newark Legal Services**
5 Commerce St., 2nd Floor, Newark 07102
(973) 624-4500; Fax (973) 624-8745; enls@lsnj.org
Exec. Dir.: Felipe Chavana; fchavana@lsnj.org
Deputy Dir.: Jose Ortiz
Managing Atty., Consumer Law: Carleton Lewis
Managing Atty., Elder Law: Appointment Pending
Managing Atty., Family Law: Aleida Piccini de Velazquez
*Consumer Law, Elder Law, Family Law, Government Benefits & Housing Law*

## GLOUCESTER COUNTY
**Community Health Law Project**
Atlantic, Camden, Cape May, Cumberland, Gloucester &Salem Counties
*See Camden County*
**South Jersey Legal Services, Inc.**
47 Newton Ave., Woodbury 08096
(856) 848-5360; Fax: (856) 853-4259
Managing Atty.: Connie M. Sailey, Ext. 6825; csailey@lsnj.org
Staff Attys.:
Olatokunbo Emmanuel, Ext. 6564; oemmanuel@lsnj.org
Rebecca A. Preuss, Ext. 6830; rpreuss@lsn.org
Andrew Vazquez-Schroedinger, Ext. 6832; avschroedinger@lsnj.org
*Limited Civil Matters*

## HUDSON COUNTY
**Community Health Law Project**
**Union & Hudson Counties**
*See Union County*
**Northeast New Jersey Legal Services**
Hudson County Division
574 Summit Ave., Jersey City 07306
(201) 792-6363; Fax: (201) 798-8780; nnjls@lsnj.org
Exec.Dir.: John H. Fitzgerald; jfitzgerald@lsnj.org
Dir. Of Litigation: Greg Diebold
*Civil*

## HUNTERDON COUNTY
**Legal Services of Northwest Jersey**
Hunerdon County
82 Park Ave., Flemington 08822-1168
(908) 782-7979; Fax: (908) 782-9761
Lsnwj-hunterdon@lsnj.org; www.lsnj.org/lsnwj
Managing Atty.: Alisa Grossman
*Civil*

## MERCER COUNTY
**Central Jersey Legal Services, Inc.**
Mercer County Divisioin
198 W. State St., Trenton 08608-1103
(609) 695-6249; Fax: (609)392-7952; www.lsnj.org/cjls
Exec. Dir.: Janice Chapin; jchapin@lsnj.org
Deputy Dir.,: Susan J. Knispel; sknispel@lsnj.org
*Civil*
**Community Health Law Project**
Mercer & Burlington Counties
225 E. State St., Suite 5, Trenton 08608
(609) 392-5553; Fax: (609) 392-5369; TTY: (609) 392-5369
trenton@chlp.org
Managing Atty.: Stacy Noonan
Also serves county of Burlington

## MIDDLESEX COUNTY
**Central Jersey Legal Services Inc.**
Middlesex County Division
317 George St., Suite 201, New Brunswick 08901-2006
(732) 249-7600; Fax: (732) 249-7966; www.lsnj.org/cjls
Director: Janice Chapin; jchapin@lsnj.org
Middlesex County Division-Perth Amboy Office
313 State St., Room 308, Perth Amboy 08861-4117
(732) 324-1613; Fax: (732) 324-6253; www.lsnj.org/cjls
Managing Atty.: Russell Gale
**Rutgers University**
Office of Student Legal Services
Tillett Hall, Room 247, 53 Avenue E., Piscataway 08854-8040
(848) 932-4529; sls@echo.rutgers.edu; rusls.rutgers.edu
Director: Donald C. Heilman
*Provides a wide range of services to Rutgers students*

## MONMOUTH COUNTY

**Community Health Law Project**
Monmouth & Ocean Counties
1 Main St:, Suite 413, Eatontown 07724
(732) 380-1012; Fax: (732) 380-1015; eatontown@chlp.org
Managing Atty.: Madeleine Coghlan
Also serves county of Ocean

**Legal Aid Society of Monmouth County**
2407 Rt. 66, Ocean 07712
Mailing Address: P.O. Box 2006, Asbury Park 07712
(732) 869-5619; legalaidofmonmouthcountynj@gmail.com
monmouthlegalaid.com
Director: Valerie Hemhauser
*Civil Law*

**South Jersey Legal Services, Inc.**
303 W. Main St., 1st Floor, Freehold 07728
(732) 414-6750; Fax: (732) 414-6757
Managing Atty.: Alicia Williams, Ext. 6513; afwilliams@lsnj.org
Staff Attys.:
Justine Digeronimo, Ext. 6512; jdigeronimo@lsnj.org
Cadence Hulme, Ext. 6521; chulme@lsnj.org
Cassandra Stabbert, Ext. 6322; cstabbert@lsnj.org
Troy Torres, Ext.6510; ttorres@lsnj.org
Asst. Pro Bono Coordinator:
Kristine Carranceja-Gurski, Ext. 6516; kcgurski@lsnj.org

## MORRIS COUNTY

**Legal Aid Society of Morris County**
*See Legal Services of Northwest Jersey*

**Legal Services of Northwest Jersey Morris County**
30 Schuyler Pl., 2nd Floor, Morristown 07960
(973) 285-6911; Fax: (973) 605-8991
lsnwj-morris@lsnwj.org; www.lsnj.org/lsnwj
Managing Atty.: David M. Saltzman
*Civil*

## OCEAN COUNTY

**Community Health Law Project**
Monmouth & Ocean Counties
*See Monmouth County*

**South Jersey Legal Services, Inc.**
215 Main St., Toms River 08753
(732) 608-7794; Fax: (732) 608-9636
Managing Atty.: Natasha McLaurin, Ext. 6565; nmclaurin@ls.org
Staff Attys.:
Christopher Benson, Ext. 6560; cbenson@lsnj.org
Ashley Camporeale, Ext. 6567; amanto@lsnj.org
Benjamin J. D'Alessio; Ext. 6567; bdalessio@lsnj.org

## PASSAIC COUNTY

**Community Health Law Project**
Essex & Passaic Counties
*See Essex County*

**Northeast New Jersey Legal Services**
Passaic County Division
152 Market St., 6th Floor, Paterson 07505
(973) 523-2900; Fax: (973) 523-9002; nnjls@lsnj.org
Deputy Dir.: Leah Ashe

## SALEM COUNTY

**Community Health Law Project**
Atlantic, Camden, Cape May, Cumberland, Gloucester & Salem Counties
*See Camden County*

**South Jersey Legal Services, Inc.**
*See Cumberland County*

## SOMERSET COUNTY

**Legal Services of Northwest Jersey Somerset County**
90 E. Main St., Somerville 08876-2312
(908) 231-0840; Fax: (908) 231-6780; lsnwj-somerset@lsnj.org;
www.lsnj.org/lsnwj
C.E.O.: Michael L. Wojcik
Program Dir.: Andrea Strack

## SUSSEX COUNTY

**Legal Services of Northwest Jersey**
Sussex County
18 Church St., Suite 120, Newton 07860-1702
(973) 383-7400; Fax: (973) 383-3469
lsnwj-sussex@lsnj.org; www.lsnj.org/lsnwj
Managing Atty.: Victoria Reiners

## UNION COUNTY

**Central Jersey Legal Services, Inc.**
Union County Division
60 Prince St., Elizabeth 07208
(908) 354-4340; Fax: (908) 354-4361; www.lsnj.org/cjls
Deputy Dir.: Debbie Morgan; dmorgan@lsnj.org
*Civil*

**Community Health Law Project**
Union & Hudson Counties
65 Jefferson Ave., Suite 402, Elizabeth 07201
(908) 355-8282; Fax: (908) 355-3724; TTY: (908) 355-3369; elizabeth@chlp.org;
www.chlp.org
Managing Atty.: Meena J. Song
Also serves counties of Hudson, Union
*Limited Civil legal services for low-income disabled and elderly (Union only)*

## WARREN COUNTY

**Legal Services of Northwest Jersey**
Warren County Division
91 Front St., Belvidere 07823-0065
(908) 475-2010; Fax: (908) 475-1719; lsnwj-warren@lsnj.org
www.lsnj.org/lsnwj
Managing Atty.: Grace E. Kelly

SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
By: Stuart A. Tucker, Esq., NJAID# 047561991
A Professional Corporation
Quakerbridge Executive Center
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
T: 609-275-0400, F: 609-275-4511
Attorneys for Plaintiff, Sophia Caver

| | |
|---|---|
| SOPHIA CAVER,<br><br>           Plaintiff,<br><br>vs.<br><br>ROSS STORES, INC. d/b/a DD'S DISCOUNTS, JOHN/JANE DOE 1-100, ABC CORPORATION 1-100, XYZ PARTNERSHIP 1-100, SUPERVISORS 1-100, CUSTODIANS 1-100, representing one or more fictitious individuals or entities, individually, jointly, and severally, JOHN/JANE DOE 101-200, ABC CORPORATION 101-200, XYZ PARTNERSHIP 101-200, representing one or more fictitious persons or entities consisting of Directors, Officers, Principals, Partners, Boards, Board Members or Representatives, or Agents, individually, jointly, and severally,<br><br>           Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – MERCER COUNTY<br><br>DOCKET NO:<br><br>Civil Action<br><br>**COMPLAINT AND JURY DEMAND** |

    Plaintiff, SOPHIA CAVER, residing at 169 Old Rose Street, in the City of Trenton, County of Mercer and State of New Jersey 08618, by way of Complaint states:

1

2949108.1

## IDENTIFICATION OF THE PARTIES

1. Plaintiff, SOPHIA CAVER, resides at 169 Old Rose Street, in the City of Trenton, County of Mercer and State of New Jersey 08618.

2. Defendant, ROSS STORES, INC. d/b/a DD'S DISCOUNTS, is a corporation organized under the laws of the State of Delaware, with principle place of business at 5130 Hacienda Drive, in the City of Dublin, County of Alameda and State of California, 94568. Said Defendant conducts business at 1536 N. Olden Avenue, Space 14, in the City of Trenton, County of Mercer and State of New Jersey 08638, where Plaintiff, SOPHIA CAVER, was caused to slip and fall. Said Defendant may be served in the care of registered agent, The Corporation Trust Company, 820 Bear Tavern Road, City of West Trenton, County of Mercer, and State of New Jersey 08628.

## FIRST COUNT - NEGLIGENCE

3. Plaintiff repeats the allegations contained in this complaint and makes same part of this count as if fully set forth herein.

4. At all times set forth herein, the property located at 1536 N. Olden Avenue, Space 14, in the City of Trenton, County of Mercer and State of New Jersey 08638, was owned, operated, inspected, maintained, and controlled by the Defendant, ROSS STORES, INC. d/b/a DD'S DISCOUNTS.

2

5. On or about the 22nd day of July 2019, Plaintiff, SOPHIA CAVER, was lawfully present and an invitee on the property owned by Defendant, ROSS STORES, INC. d/b/a DD'S DISCOUNTS.

6. Plaintiff, SOPHIA CAVER, was caused to fall and be injured due to the negligence of the Defendant.

7. At all times set forth herein, Defendant, ROSS STORES, INC. d/b/a DD'S DISCOUNTS, was under a contractual agreement and/or was otherwise obligated to keep the property in question in a safe, hazard free condition, exercise proper care, supervise, hire, train, and retain the persons, members, licensees, employees, supervisors, custodians, and/or agents who perform maintenance and care of the property, provide proper safeguards and/or warnings on this property, and provide proper, safe, and clear access and supervision for persons allowed and invited to use the property.

8. Defendant, ROSS STORES, INC. d/b/a DD'S DISCOUNTS, was negligent in that they failed to keep the property in a safe, hazard free condition, exercise proper care, supervise, hire, train, and retain persons, members, licensees, employees, supervisors, custodians, and/or agents tasked with performing the maintenance and care of the property, exercise proper care, provide proper safeguards and/or warnings on this property, provide proper, safe, and clear access of ingress and egress for

persons allowed, expected, and invited to use the property, maintain the premises, prevent a nuisance from existing, and was otherwise negligent in the maintenance and supervision of the premises and invitees.

9. As a result of the negligence of Defendant, ROSS STORES, INC. d/b/a DD'S DISCOUNTS, Plaintiff, SOPHIA CAVER, was caused to suffer and sustain severe and disabling injuries, and has been and will in the future be caused to obtain medical treatment, and has been and will in the future be caused to refrain from normal pursuits.

WHEREFORE, Plaintiff, SOPHIA CAVER, demands judgment, against the Defendants, ROSS STORES, INC. d/b/a DD'S DISCOUNTS, for:

   A. General damages;

   B. Compensatory damages;

   C. Cost and interest;

   D. Attorney's fees;

   E. Any other relief the Court deems just and equitable.

**SECOND COUNT - NEGLIGENCE (Fictitious Defendants)**

10. Plaintiff repeats the allegations contained in this complaint and make same part of this count as if fully set forth herein.

11. At all times hereinafter mentioned, Defendants, JOHN/JANE DOE 1-100, ABC CORPORATION 1-100, XYZ PARTNERSHIP 1-

100, SUPERVISORS 1-100, CUSTODIANS 1-100, representing one or more fictitious individuals or entities, individually, jointly, and severally, JOHN/JANE DOE 101-200, ABC CORPORATION 101-200, XYZ PARTNERSHIP 101-200, representing one or more fictitious persons or entities consisting of Directors, Officers, Principals, Partners, Boards, Board Members or Representatives, or Agents, individually, jointly, and severally, operated, maintained, controlled, managed, constructed, supervised maintenance, and designed the premises identified as 1536 N. Olden Avenue, Space 14, in the City of Trenton, County of Mercer and State of New Jersey 08638, where Plaintiff, SOPHIA CAVER, was caused to have fallen and suffered injuries which are the subject of this lawsuit.

12. At all times hereinafter mentioned, Defendants, JOHN/JANE DOE 1-100, ABC CORPORATION 1-100, XYZ PARTNERSHIP 1-100, SUPERVISORS 1-100, CUSTODIANS 1-100, representing one or more fictitious individuals or entities, individually, jointly, and severally, JOHN/JANE DOE 101-200, ABC CORPORATION 101-200, XYZ PARTNERSHIP 101-200, representing one or more fictitious persons or entities consisting of Directors, Officers, Principals, Partners, Boards, Board Members or Representatives, or Agents, individually, jointly, and severally,, were negligent in that they failed to keep the property in a safe, hazard free condition, exercise proper care, supervise, hire, train, and

retain persons, members, licensees, employees, and/or agents tasked with performing the maintenance and care of the property, exercise proper care, provide proper safeguards and/or warnings on this property, provide proper, safe, and clear access of ingress and egress for persons allowed, expected, and invited to use the property, maintain the premises, prevent a nuisance from existing, and were otherwise negligent in the maintenance of the premises.

13. At all times hereinafter mentioned, Defendants, ROSS STORES, INC. d/b/a DD'S DISCOUNTS, JOHN/JANE DOE 1-100, ABC CORPORATION 1-100, XYZ PARTNERSHIP 1-100, SUPERVISORS 1-100, CUSTODIANS 1-100, representing one or more fictitious individuals or entities, individually, jointly, and severally, was acting as an agent, servant, and/or employee of Defendant, ROSS STORES, INC. d/b/a DD'S DISCOUNTS, JOHN/JANE DOE 101-200, ABC CORPORATION 101-200, XYZ PARTNERSHIP 101-200, representing one or more fictitious persons or entities consisting of Directors, Officers, Principals, Partners, Boards, Board Members or Representatives, or Agents, individually, jointly, and severally.

14. As a result of the carelessness, recklessness, and negligence of Defendants, ROSS STORES, INC. d/b/a DD'S DISCOUNTS, JOHN/JANE DOE 1-100, ABC CORPORATION 1-100, XYZ PARTNERSHIP 1-100, SUPERVISORS 1-100, CUSTODIANS 1-100,

2949108.1

representing one or more fictitious individuals or entities, individually, jointly, and severally, JOHN/JANE DOE 101-200, ABC CORPORATION 101-200, XYZ PARTNERSHIP 101-200, representing one or more fictitious persons or entities consisting of Directors, Officers, Principals, Partners, Boards, Board Members or Representatives, or Agents, individually, jointly, and severally, Plaintiff, SOPHIA CAVER, was caused to suffer and sustain severe, disabling, and permanent injuries, and has and will in the future be caused to obtain medical treatment, and has been and will in the future be caused to refrain from normal pursuits.

WHEREFORE, Plaintiff, SOPHIA CAVER, demands judgment against Defendants, ROSS STORES, INC. d/b/a DD'S DISCOUNTS, JOHN/JANE DOE 1-100, ABC CORPORATION 1-100, XYZ PARTNERSHIP 1-100, SUPERVISORS 1-100, CUSTODIANS 1-100, representing one or more fictitious individuals or entities, individually, jointly, and severally, JOHN/JANE DOE 101-200, ABC CORPORATION 101-200, XYZ PARTNERSHIP 101-200, representing one or more fictitious persons or entities consisting of Directors, Officers, Principals, Partners, Boards, Board Members or Representatives, or Agents, individually, jointly, and severally, for:

    A.    General damages;

    B.    Compensatory damages;

    C.    Cost and interest;

2949108.1

    D.    Attorney's fees;

    E.    Punitive Damages;

    F.    Any other relief the Court deems just and equitable.

## CERTIFICATION

PLEASE TAKE NOTICE pursuant to the provisions of R.4:5-1, the undersigned attorney certifies that this matter is not the subject of any other action pending in any court or arbitration proceeding, nor is any other action or arbitration proceeding contemplated, and all known necessary parties have been joined in this action.

## NOTICE PURSUANT TO RULES 1:5-1(a) AND 4:17-4(c)

PLEASE TAKE NOTICE that the undersigned attorney, counsel for Plaintiff, hereby demands pursuant to R. 1:5-1(a) and R. 4:17-4(c), that each party herein serving pleadings and interrogatories and receiving answers thereto, serve copies of all such pleadings and answered interrogatories received from any party, including any documents, papers and other materials referred to therein, upon the undersigned attorney, and take notice that this is a continuing demand.

## DEMAND FOR ANSWERS TO INTERROGATORIES

PLEASE TAKE NOTICE pursuant to R.4:17-1(b), Plaintiff hereby demands that Defendants provide answers to the uniform Interrogatories set forth in Form C and Form C(1) of Appendix II of the Rules Governing the Courts of the State of New Jersey.

2949108.1

### DEMAND FOR ANSWERS TO SUPPLEMENTAL INTERROGATORIES

PLEASE TAKE NOTICE pursuant to R.4:17, Plaintiff hereby demands that the Defendants provide answers to the Supplemental Interrogatories attached herein.

### DEMAND TO ANSWER NOTICE TO PRODUCE

PLEASE TAKE NOTICE pursuant to R.4:18-1, Plaintiff hereby requests that the Defendants respond to the Notice to Produce attached herein within the time prescribed by the Court Rules.

### DEMAND FOR DISCOVERY OF INSURANCE

PLEASE TAKE NOTICE pursuant to R.4:10-2(b) demand is hereby made that Defendants respond to the Request for Discovery of Insurance attached herein.

### DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that attorney, Stuart A. Tucker, Esq., is hereby designated as trial counsel in the above captioned litigation for the firm of SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.

### JURY DEMAND

PLEASE TAKE NOTICE that Plaintiff hereby demands a trial by jury as to all issues so triable.

### NOTICE PURSUANT TO R.1:7-1(b)

PLEASE TAKE NOTICE Plaintiff intends to utilize the time-unit basis for calculating unliquidated damages in Plaintiff's closing statement to the jury and the Court.

## NOTICE OF DISCOVERY DEPOSITIONS SUBJECT TO AUDIOVISUAL RECORDING PURSUANT TO R.4:14-1, ET SEQ.

PLEASE TAKE NOTICE, that in accordance with the Rules Governing the Courts of the State of New Jersey, Pursuant to R.4:14-1, et seq., each discovery deposition conducted shall be subject to audiovisual recording pursuant to R.4:14-9. This notice is being served in accordance with R.4:14-2(a) and R.4-14-9(b).

                                        **SZAFERMAN, LAKIND,**
                                        **BLUMSTEIN & BLADER, P.C.**
                                        Attorneys for Plaintiff

                                        By: _____
                                              Stuart A. Tucker, Esq.

Dated: 7-13-21

10

2949108.1